JULIEN SWANSON (SBN 193957)
584 Castro St #2126
San Francisco, CA 94114-2512
Tel: (415) 282.4511
Fax: (415)282.4536
swanson@austinlawgroup.com

Attorney for Plaintiff FAYE FOLTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE FOLTZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION, et al<br><br>　　　　Defendants. | Case No.  4:21-cv-5276<br><br>**STATUS AND STIPULATION REGARDING TIME FOR PLAINTIFF TO FILE DISMISSAL OF COMPLAINT; ORDER** |

　　　Plaintiff Faye Foltz ("Plaintiff") and Defendant Target Corporation ("Defendant") through their respective attorneys of records, hereby stipulate as follows:

　　　WHEREAS, the Court's Order of March 8, 2022, provides a deadline of March 15, 2022 to file a statement (See ECF 14);

　　　WHEREAS, the Parties have settled the case, and exchanged settlement agreement language that is in the final stages of approval from both sides;

　　　WHEREAS, final approval of the settlement agreement has been stalled by the need to resolve the potential outstanding Medicare Lien on this case;

WHEREAS, on November 1, 2021, Plaintiff became eligible for Medicare, simultaneously as the parties were finalizing the settlement terms.

WHEREAS, the Plaintiff submitted the settlement and its terms to the Centers for Medicare & Medicaid Services ("CMS") per statute, in order to determine whether there was a Medicare lien in the case;

WHEREAS, on March 15, 2022, Plaintiff received the required CMS determination letter, informed Defendants of the same, and sent a proposed final settlement agreement for execution;

WHEREAS, considering the foregoing, the Parties stipulate executing the settlement agreement in the coming days, completing performance under the agreement, and filing a dismissal within 30 days.

## STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, that t**he deadline to file the Dismissal of all claims shall be extended by 30 days, and shall be filed no later than April 15, 2022.**

IT IS HEREBY STIPULATED

Dated: March 15, 2022                    Respectfully submitted,

                                         AUSTIN LAW GROUP

                                         By: _____/s/ J Swanson_____
                                             JULIEN SWANSON
                                             Attorney for Plaintiff,

Dated: March 15, 2022                    MANNING & KASS
                                         ELLROD, RAMIREZ, TRESTER LLP

                                              *signature on next duplicate page*
                                         By: _____
                                             David V. Roth
                                             Attorneys for Defendant,
                                             Target Corporation

WHEREAS, on November 1, 2021, Plaintiff became eligible for Medicare, simultaneously as the parties were finalizing the settlement terms.

WHEREAS, the Plaintiff submitted the settlement and its terms to the Centers for Medicare & Medicaid Services ("CMS") per statute, in order to determine whether there was a Medicare lien in the case;

WHEREAS, on March 15, 2022, Plaintiff received the required CMS determination letter, informed Defendants of the same, and sent a proposed final settlement agreement for execution;

WHEREAS, considering the foregoing, the Parties stipulate executing the settlement agreement in the coming days, completing performance under the agreement, and filing a dismissal within 30 days.

## STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, that **the deadline to file the Dismissal of all claims shall be extended by 30 days, and shall be filed no later than April 15, 2022.**

IT IS HEREBY STIPULATED

Dated: March 15, 2022                                      Respectfully submitted,

                                                           AUSTIN LAW GROUP

                                                           By: _____
                                                                JULIEN SWANSON
                                                                Attorney for Plaintiff,

Dated: March 15, 2022                                      MANNING & KASS
                                                           ELLROD, RAMIREZ, TRESTER LLP

                                                           By: _____
                                                                David V. Roth
                                                                Attorneys for Defendant,
                                                                Target Corporation

Dated: March 15, 2022                                                DAVIS WRIGHT TREMAINE LLP


By: ___*__ /s/ L Samuel_____
Lindsay Samuel
Attorneys for Defendant,
Target Corporation

* Filed with permission

ORDER

**GOOD CAUSE HAVING BEEN FOUND, and based on the stipulation of the Parties, the deadline to file the Dismissal of all claims shall be extended by 30 days, and shall be filed no later than April 15, 2022.**

March 16, 2022                                      By: _____
Hon. Hon. Haywood S. Gilliam, Jr.